DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**PHILIP MORRIS USA INC.,**
Appellant/Cross Appellee,

v.

**BERNICE McCALL,** as Personal Representative of the Estate
of **MARTIN McCALL,**
Appellee/Cross Appellant.

No. 4D2024-0753

[November 6, 2025]

Appeal and cross-appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE-07-36888 (08).

David M. Menichetti and James W. Feeney III of Arnold & Porter Kaye Scholer LLP, Washington, DC, for appellant/cross appellee.

Celene H. Humphries of Celene Humphries, PLLC, Spring City, TN, and Thomas A. Burns of Burns, P.A., Tampa, for appellee/cross appellant.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., MAY, J., and METZGER, ELIZABETH, Associate Judge, concur.

\*        \*        \*

***Not final until disposition of timely-filed motion for rehearing.***